**NRDC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025

September 29, 2025

**By ECF**
The Honorable Valerie Caproni
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Consent Motion for Adjournment of Initial Pretrial Conference, *Environmental Justice Health Alliance for Chemical Policy Reform, et al. v. United States Environmental Protection Agency, et al.*, 25-CV-07166

Dear Judge Caproni:

I am the lead counsel for plaintiffs in the above-referenced action. This matter is presently scheduled for an Initial Pretrial Conference (IPTC) on October 10, 2025. I have a conflict on that day because my children's school will be closed. I therefore write to request an adjournment of the October 10 IPTC to accommodate that conflict. This is the plaintiffs' first request for adjournment.

I have conferred with counsel for defendants, who consents to this request. We propose October 14-16 as alternative dates. If the court would prefer dates after defendants' responsive pleading is due on November 4, 2025, we propose November 17-19.

The parties further propose that the deadline for the parties' joint status report, presently due on October 2, 2025, be reset to one week prior to the IPTC.

I thank the Court for its consideration.

Respectfully,

/s/ Sarah Buckley
SARAH BUCKLEY (VSB 87350)*
Natural Resources Defense Counsel
1152 15th St. NW
Washington, D.C. 20005
T: (202) 836-9555
F: (415) 795-4799
sbuckley@nrdc.org

\* *Admitted pro hac vice*

cc: Counsel for Defendants (via ECF)

---

Application DENIED without prejudice to renewal.  Pursuant to Rule 3.A of the Undersigned's Individual Practices in Civil Cases, a request to adjourn an Initial Pretrial Conference must include proposed alternative dates that fall on Friday mornings.  The Court is unavailable Friday, November 21 and Friday, November 28, 2025, but is otherwise available to hold the conference on a Friday from the date of this Order through December 12, 2025.

Additionally, Plaintiffs' application states service was made on Defendants by filing on ECF.  Defendants have not noticed an appearance in this action, so service by ECF is ineffective.

By **Wednesday, October 1, 2025,** Plaintiffs must serve a copy of their letter and this Order on Defendants and file proof of service on ECF.

SO ORDERED.

*[signature]* 9/30/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE