**NRDC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2025
```

September 30, 2025

**By ECF**
The Honorable Valerie Caproni
United States District Judge
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

Re: Revised Consent Motion for Adjournment of Initial Pretrial Conference, *Environmental Justice Health Alliance for Chemical Policy Reform, et al. v. United States Environmental Protection Agency, et al.*, 25-CV-07166

Dear Judge Caproni:

I am the lead counsel for plaintiffs in the above-referenced action and submit this revised letter motion for adjournment in response to your order of September 30, 2025. As stated in the letter motion of September 29, 2025, this matter is presently scheduled for an Initial Pretrial Conference (IPTC) on October 10, 2025. I have a conflict on that day because my children's school will be closed. I therefore write to request an adjournment of the October 10 IPTC to accommodate that conflict. This is a revision of the plaintiffs' first request for adjournment.

I have conferred with counsel for defendants, who consents to this request. We propose December 5, 2025 or December 12, 2025 as alternative dates for the IPTC.

The parties further propose that the deadline for the parties' joint status report, presently due on October 2, 2025, be reset to one week prior to the IPTC.

I thank the Court for its consideration.

Respectfully,

/s/ Sarah Buckley
SARAH BUCKLEY (VSB 87350)*
Natural Resources Defense Counsel
1152 15th St. NW
Washington, D.C. 20005
T: (202) 836-9555
F: (415) 795-4799
sbuckley@nrdc.org

*  *Admitted pro hac vice*

cc: Counsel for Defendants (via ECF)

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, October 10, 2025, at 10:00 A.M. is ADJOURNED to **Friday, December 12, 2025, at 10:00 A.M.**  The parties' deadline to submit a joint letter in accordance with the Court's prior Order at Dkt. 13 is ADJOURNED from Thursday, October 2, 2025, to **Thursday, December 4, 2025**.

SO ORDERED.

10/1/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2