

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:___12/17/2025___

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 17, 2025

VIA ECF
Hon. Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *Environmental Justice Health Alliance for Chemical Policy Reform v. EPA*,
     Case No. 1:25-cv-07166-VEC

Dear Judge Caproni:

This Office represents Defendants the United States Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA (together with EPA, the "Government") in the above referenced Administrative Procedure Act ("APA") action.   We write to respectfully request permission to file certain portions of the administrative record under seal.

The Government will be lodging the administrative record in this matter on December 17, 2025.   The Court previously granted the Government's request that, due to the size of the administrative record, the Government would file a notice of lodging, record index, and supporting documents via ECF, and simultaneously, provide electronic versions of the administrative record and any supporting documents to the Court and Plaintiffs via flash drive or an electronic file sharing platform. *See* ECF No. 28.

The record contains certain documents that are subject to copyright protections that do not permit them to be publicly filed. The Government respectfully requests the Court's leave to file these materials under seal (with the Clerk of Court, given that the file size of just the copyrighted materials is still too large to file on ECF), with access restricted to the Court and to the parties to this matter, in order to balance the need for access against the legal restrictions imposed by the Copyright Act.  *See* Leland E. Beck, *Report to the Administrative Conference of the United States: Agency Practices and Judicial Review of Administrative Records in Informal Rulemaking* 50-52 (2013).[1]  The Government also requests that the Court direct that the copyrighted materials may be used only for purposes of this litigation. *See* Fed. R. Civ. P. 26(c)(1) (permitting the imposition of limitations on disclosure).  Although the Government is not requesting that Plaintiffs or the Court be precluded from citing or quoting copyrighted materials in public filings or rulings, the

---

[1] *Available at* https://www.acus.gov/sites/default/files/documents/Agency Practices and Judicial Review of Administrative Records in Informal Rulemaking.pdf.

Government has no authority to authorize the release of copyrighted materials in this case and expressly disclaims liability for Plaintiffs' or the Court's use of these materials.

Plaintiffs take no position on the Government's request, and request that the Court expressly authorize the quotation of copyrighted materials in public (rather than sealed) filings in this case, provided such public filing is otherwise consistent with copyright law.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ *Dominika Tarczynska*
DOMINIKA TARCZYNSKA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2748
E-mail: dominika.tarczynska@usdoj.gov
*Attorney for Defendants*

---

Application GRANTED.  The materials to be filed under seal are "judicial documents" to which the common law right of public access attaches. *United States v. Akhavan*, 532 F. Supp. 3d 181, 184 (S.D.N.Y. 2021) (quoting *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 11920 (2d Cir. 2006)). The weight of that presumption is moderate here, given (i) the statutory protections limiting public disclosure of the documents, and (ii) that the documents do not bear on the "adjudication of a dispositive motion." *Id.* at 185.  As such, the Government may file under seal portions of the administrative record that are protected from public disclosure under the Copyright Act.

Materials that are produced under seal and protected from disclosure under the Copyright Act may be used by the parties only for purposes of this litigation.  The parties may quote copyrighted material in public filings so long as such filings are otherwise consistent with this order and any obligations under relevant copyright law.

SO ORDERED.

12/17/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE